## Commonwealth *v.* Peters, Appellant.

Submitted December 16, 1975. *Edward F. Browne, Jr.*, and *R.S. Trigg*, Assistant Public Defenders, for appellant; *Charles A. Achey, Jr.*, Assistant District Attorney, and *D. Richard Eckman*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Case remanded to the lower court to allow appellant to file a petition to withdraw his guilty plea *nunc pro tunc*. See *Commonwealth v. Roberts*, 237 Pa. Superior Ct. 336, 352 A.2d 140 (1975) and

752

*Commonwealth v. Velasquez*, 238 Pa. Superior Ct. 368, 357 A.2d 155 (1976). If such petition is filed, the lower court shall simultaneously consider any claims raised by appellant regarding the legality of sentence.